IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Cyndi Johnson, | : | |
| Plaintiff | : | Civil Action 2:06-cv-0818 |
| v. | : | Judge Sargus |
| G. Maxine Young, | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

Plaintiff Johnson's August 1, 2007 motion for leave to file (doc. 37) is DENIED.  Plaintiff does not make any argument in her motion not considered by the Court in int July 27, 2007 Opinion & Order.

8-6-2007

Edmund A. Sargus, Jr.
United States District Judge